**Order entered October 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00425-CV

### IN THE INTEREST OF A.E., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-16-433-W**

## ORDER

By Orders dated August 23, 2017, and September 12, 2017, we abated this appeal and ordered the Texas Department of Family and Protective Services (the "Department") to conduct an investigation whether A.E. is an "Indian child" as defined by the Indian Child Welfare Act, 25 U.S.C. §§ 1901-63 (West, Westlaw through Pub. L. No. 115-61) ("ICWA"), and to report the results of its investigation to the trial court. We further ordered the trial court to consider the Department's report, conduct a hearing on A.E.'s status as an Indian child, and transmit a supplemental record to this Court on or before October 13, 2017. The trial court has complied with our orders, and the supplemental record has been filed. Accordingly, we **REINSTATE** this appeal.

/s/    ELIZABETH LANG-MIERS
        JUSTICE